# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00744-CR

**Osagie Newton Omorodion, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM COUNTY COURT AT LAW NUMBER 7 OF TRAVIS COUNTY
### NO. C-1-CR-07-216784, HONORABLE ELISABETH ASHLEA EARLE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Osagie Newton Omorodion filed a motion requesting that his appeal be dismissed. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal.

_____

Diane M. Henson, Justice

Before Justices Patterson, Puryear and Henson

Dismissed on Appellant's Motion

Filed: June 30, 2010

Do Not Publish